UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS CANTERO,

                    Plaintiff,

         -against-                                      19-CV-11167 (CM)

MID-HUDSON PSYCHIATRIC FORENSIC              ORDER DIRECTING PAYMENT OF FEE
CENTER; ADOBI UNKNOWN, SHTA                           OR IFP APPLICATION
(TEAM ASSISTANT); JOSEPH UNKNOWN,
SHTA (TEAM ASSISTANT),

                    Defendants.

COLLEEN McMAHON, Chief United States District Judge:

         Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff

must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to

request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees,

submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

         Plaintiff submitted the complaint without the filing fees or an IFP application. Within

thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit the

attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket

number 19-CV-11167 (CM). If the Court grants the IFP application, Plaintiff will be permitted to

proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

         The Clerk of Court is directed to assign this matter to my docket, mail a copy of this

order to Plaintiff, and note service on the docket. No summons shall issue at this time. If Plaintiff

complies with this order, the case shall be processed in accordance with the procedures of the

Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will

be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    December 10, 2019
          New York, New York

_____
          COLLEEN McMAHON
     Chief United States District Judge