UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS CANTERO,

                Plaintiff,

      -against-                            19-CV-11167 (CM)

MID-HUDSON PSYCHIATRIC FORENSIC CENTER; ADOBI UNKNOWN, SHTA (TEAM ASSISTANT); JOSEPH UNKNOWN, SHTA (TEAM ASSISTANT),                      CIVIL JUDGMENT

                Defendants.

Pursuant to the order issued June 1, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 1, 2020
            New York, New York

                                                              COLLEEN McMAHON
                                                  Chief United States District Judge